UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Ryan,

           Plaintiff(s),

v.                                      Case No. 2:16–cv–11501–LJM–EAS
                                        Hon. Laurie J. Michelson

National Credit Adjusters, LLC,

           Defendant(s).

_____

## CLERK'S ENTRY OF DEFAULT

Party in Default:  National Credit Adjusters, LLC

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        DAVID J. WEAVER, CLERK OF COURT

                                        By: s/ L. Granger
                                              Deputy Clerk

Dated:  August 2, 2016